UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-70-1D(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| CHRISTOPHER ALAN MOORE ) | |

FILED MAR 10 2010 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK

The Grand Jury charges that:

## INTRODUCTION

1. At all times relevant to this Indictment, the defendant, CHRISTOPHER ALAN MOORE, was incarcerated at correctional facilities in the Eastern District of North Carolina, including, without limitation, the Federal Correctional Institution at Butner, North Carolina. The defendant was serving a prison sentence for a crime committed in the Central District of Illinois that is unrelated to the subject matter of this Indictment.

2. Inmates at the prison facility have mail privileges which, subject to some restrictions, permit them to send and receive correspondence via the United States Postal Service. All of the letters referred to below were sent through the U.S. Mail.

3. On two occasions during 2009, the defendant sent letters containing threats to the person of several public officials, including the President of the United States and all nine justices of the United States Supreme Court.

4. The letters consisted of short statements threatening the

targets thereof with death.

5. The foregoing introduction is incorporated by reference into the counts of the indictment set forth below.

## COUNT ONE

On or about June 24, 2009, in the Eastern District of North Carolina, CHRISTOPHER ALAN MOORE, the defendant herein, did knowingly and willfully deposit for conveyance in the mail and for delivery from any post office cause to be delivered by the United States Postal Service a written communication containing a threat to take the life of the President of the United States, to wit, a threat to assassinate Barack Hussein Obama, the President of the United States, in violation of Title 18, United States Code, Section 871(a).

## COUNT TWO

On or about November 9, 2009, in the Eastern District of North Carolina, CHRISTOPHER ALAN MOORE, the defendant herein, did knowingly and willfully deposit in a post office authorized depository for mail matter, and cause to be delivered by the United States Postal Service, a written communication addressed to any other person containing a threat to injure the person of others, including United States Judges, to wit, the nine justices of the United States Supreme

Court, in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

FOREPERSON

3-10-2010
DATE

GEORGE E.B. HOLDING
United States Attorney

BY: JOE EXUM, JR.
Assistant United States Attorney
Criminal Division