UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-70-1D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER ALAN MOORE | ) | |

Upon the Government's motion, and with the consent of the defendant, and for good cause shown, the Government's motion to continue the arraignment until the  July 19th , 2010, term of court is ALLOWED.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This  1  day of July 2010.

JAMES C. DEVER III
United States District Judge