UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-70-1D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| CHRISTOPHER ALAN MOORE | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 24 and it's exhibits be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the ___2___ day of December, 2010.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE